IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOES 167-171, <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:20-cv-4657 <br><br> Judge Michael H. Watson <br><br> Chief Magistrate Judge Elizabeth P. Deavers |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiffs John Does 167-171 and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Plaintiffs' Complaint (Doc. 1). The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

Attorney for Plaintiffs:

*/s/ Richard W. Schulte*
Richard W. Schulte (0066031)
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511
rschulte@yourlegalhelp.com

*Counsel for Plaintiffs*

Attorney for Defendant:

DAVID A. YOST
ATTORNEY GENERAL OF OHIO

*/s/ Michael H. Carpenter*
by */s/ Richard W. Schulte*
per email authorization (3/2/2021)
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300

        280 North High Street
        Columbus, OH 43215
        Phone: (614) 365-4100
        Fax: (614) 365-9145
        E-mail: carpenter@carpenterlipps.com
        bricker@carpenterlipps.com
        barthel@carpenterlipps.com

        *Special Counsel for Defendant*
        *The Ohio State University*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on March 3, 2021. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

*/s/ Richard W. Schulte*
Richard W. Schulte (0066031)
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

*Counsel for Plaintiffs*